JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFREN CABANILLAS ONTIVEROS, on behalf of himself and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CAPSTONE LOGISTICS, LLC, a Delaware limited liability company, SALVADOR MACIAS, an individual; an individual; and DOES 1 through 100, inclusive<br><br>Defendants. | Case No.: 5:23-cv-02216<br><br>**ORDER GRANTING JOINT STIPULATION TO ARBITRATE PLAINTIFF'S INDIVIDUAL CLAIMS AND TO DISMISS HIS COMPLAINT WITHOUT PREJUDICE**<br><br>*[Concurrently Filed With Joint Stipulation; Exhibit A]* |

## ORDER

Having reviewed the Parties' Joint Stipulation and [Proposed] Order Compelling Arbitration as to Plaintiff's Individual Claims Against Defendants and Dismissing Plaintiff's Complaint, and good cause appearing, the Court hereby **ORDERS AS FOLLOWS**:

1. Plaintiff's claims against Defendants are hereby compelled to arbitration on an individual basis pursuant to the terms of the Arbitration Agreement;

2. Plaintiff's Class Action Complaint against Defendants is dismissed without

1  prejudice.

2  **PURSUANT TO JOINT STIPULATION, IT IS SO ORDERED**

3

4  Dated: November 20, 2023        By: _/s/ Dale S. Fischer_
                                        HON. DALE S. FISCHER

2